310

Argued February 27, affirmed February 27, 1973

STATE OF OREGON, *Respondent, v.* KENNETH
LEE ORR (No. C 72-03-0970 Cr), *Appellant.*

506 P2d 728

*John K. Hoover,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*John H. Clough,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and
Thornton, Judges.